IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      -v-                                                                25-MJ-4132

JOHN BROWN,

                         Defendant.

_____

### GOVERNMENT'S MOTION TO SEAL

        **THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Nicholas M. Testani, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of this motion, the above-referenced criminal complaint and associated documents, including the affidavit, under seal.   The government requests the Court seal the documents for 90 days due to the sensitive law enforcement information therein.

        Dated:   Rochester, New York, October 20, 2025

                                   MICHAEL DIGIACOMO
                                   United States Attorney
                                   Western District of New York

                                 *s/Nicholas M. Testani*
                 BY:   NICHOLAS M. TESTANI
                                   Assistant U.S. Attorney
                                   100 State Street, Suite 500
                                   Rochester, New York 14614
                                   585-399-3986
                                   Nicholas.Testani@usdoj.gov