UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

25-MJ-4132

JOHN BROWN,

Defendant.

### ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the motion of the United States of America, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and Nicholas M. Testani, Assistant United States Attorney, of counsel, for an Order permitting the filing of a criminal complaint and associated documents under seal, and after due consideration,

IT IS HEREBY ORDERED, that the criminal complaint and associated documents of the United States is hereby permitted to be filed under seal for 90 days.

DATED:    Rochester, New York, October 23, 2025.

_____
COLLEEN D. HOLLAND
United States Magistrate Judge