

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                             25-MJ-4132-CDH

   -v-

JOHN BROWN,

             Defendant.

_____

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT


The Petition of the United States Attorney for the Western District of New York respectfully states:

1.       The defendant, **JOHN BROWN (JID 607538)**, was involved in a crime against the United States, a violation of Title 18, United States Code, § 1956.   He is incarcerated at the Monroe County Jail in Rochester, New York.   His presence is required in the United States District Court at Rochester, New York, for a status conference.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal to take the said **JOHN BROWN**, into custody and bring him before the Honorable Colleen D. Holland, United States Magistrate Judge at the United States Courthouse, City

of Rochester, New York, on **Thursday, the 4th day of December, 2025, at 10:00 a.m.** of

that day, thereafter the said **JOHN BROWN** is to be:

_____ retained in Federal custody.

___X___ returned to his place of confinement.

DATED:     Rochester, New York, November 25, 2025.

                              Respectfully submitted,

                              MICHAEL DIGIACOMO
                              United States Attorney


                              /s/ Nicholas M. Testani
                   BY:        NICHOLAS M. TESTANI
                              Assistant United States Attorney
                              Western District of New York
                              100 State Street, Suite 500
                              Rochester, New York 14614
                              (585) 399-3986
                              nicholas.testani@usdoj.gov


SO ORDERED:

_____
HONORABLE COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE

DATED: November __25_, 2025