# United States District Court
## For
## The Western District of New York

## Court Order

Date:  March 26, 2026

Defendant's Name: John Brown                                   Docket Number:  6:25-04132M-001

Honorable Colleen D. Holland, U.S. Magistrate Judge

THE COURT ORDERS:

☒    No Action

☐    The Issuance of a Warrant

☐    The Issuance of a Summons

☐    Other

_Colleen D. Holland_

 Signature of Judicial Officer

 March 26, 2026

 Date

Title 18 United States Code, Section 3154(5), Bail Violations